UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: July 24, 2020

WILLIE ESPINO, JR.,

                Plaintiff,

- against -

NEW YORK CITY HOUSING AUTHORITY, STANLEY BREZENOFF, as acting Chairman, in his official capacity,

                Defendants.

No. 18-cv-9303 (ER) (KNF)

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Steven Kessler, and subject to the approval of the Court, Steven Kessler hereby withdraws as counsel for Willie Espino, Jr. and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. William A. Clareman, Brad D. Feldman, and Rachel Finkel of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Willie Espino, Jr. in this proceeding.

Date:  New York, New York
         July 24, 2020

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Steven Kessler
    Steven Kessler

1285 Avenue of the Americas
New York, NY 10019
212-373-3000
skessler@paulweiss.com

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: _July 24, 2020_____
New York, New York