UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIE ESPINO, JR.,

Plaintiff,

- against -

NEW YORK CITY HOUSING AUTHORITY,
STANLEY BREZENOFF, as acting Chairman,
in his official capacity,

Defendants.

No. 18-cv-9303 (ER) (KNF)

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

**WHEREAS**, on October 12, 2018, Plaintiff Willie Espino, Jr. commenced the above-captioned action (the "Action") against Defendants New York City Housing Authority and Stanley Brezenoff, in his official capacity[1];

**WHEREAS**, the parties have agreed to amicably settle the claims in this Action and desire that they be dismissed with prejudice, pursuant to the terms of the Stipulation of Settlement and Order (the "Stipulation"), ECF No. 74;

**NOW, THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree that all claims in this Action against Defendants are dismissed with prejudice. Nothing herein, however, shall limit or otherwise affect the Court's retention of jurisdiction and authority, pursuant to the Stipulation, to enforce the terms of the Stipulation or to consider any motions referred to in the Stipulation.

---

[1] Stanley Brezenoff is no longer NYCHA's Chair and Chief Executive Officer.  Mayor Bill DeBlasio appointed Gregory Russ as NYCHA's Chair and Chief Executive Officer effective August 12, 2019.

Dated:    New York, NY
          July 9, 2020

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

William A. Clareman, Esq.
Brad D. Feldman, Esq.
Rachel Finkel, Esq.
Steven Kessler, Esq.
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000


BRONX LEGAL SERVICES
Edward Josephson, Esq.
Heejung Kook, Esq.
Christopher D. Lamb, Esq.
Johanna Ocana, Esq.
Sara Smith, Esq.
369 E. 148th Street, 2nd Floor
Bronx, NY 10455
(718) 928-3726

*Attorneys for Plaintiff*

NEW YORK CITY HOUSING AUTHORITY

Lisa Bova-Hiatt, EVP for Legal Affairs and
General Counsel
Nancy M. Harnett, Of Counsel
Seth E. Kramer, Of Counsel
Sean-Patrick Wilson, Of Counsel
90 Church Street, 11th Floor
New York, NY 10007
(212) 776-5206

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
The Honorable Edgardo Ramos

Date: _____, 2020